UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IVAN SANDERSON,

                           Plaintiff

     v.

THE STATE OF NEVADA ex rel.
NEVADA DEPARTMENT OF
CORRECTIONS, *et al.,*

                         Defendants

Case No.  2:21-cv-00390-RFB-NJK

**ORDER**

## I.     DISCUSSION

On March 8, 2021, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a complaint.  Docket No. 1-1.  Plaintiff has not submitted an application to proceed *in forma pauperis* or paid the full $402 filing fee in this matter.

### Complaint

The Court notes that Plaintiff did not sign the complaint at Docket No. 1-1.  Under Rule 11 of the Federal Rules of Civil Procedure, a plaintiff who is not represented by counsel is required to sign his complaint.  Fed. R. Civ. P. 11(a).  Because Plaintiff did not sign the complaint, the Court cannot consider it.

As such, the Court grants Plaintiff a **one-time** extension to submit a signed amended complaint to the Court on or before **May 10, 2021**.  If Plaintiff chooses to file an amended complaint, he is advised that an amended complaint supersedes (replaces) the original complaint and, thus, the amended complaint must be complete in itself.  *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989).  Therefore, a mere signature page will not be sufficient.  Plaintiff should file the signed amended complaint on this Court's approved prisoner civil rights form, and it must be entitled "First Amended Complaint."

. . . .

**<u>Application to Proceed *in Forma Pauperis*</u>**

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

(1) a completed **<u>Application to Proceed *in Forma Pauperis* for Inmate</u>**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **<u>Financial Certificate</u>** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **<u>inmate's prison or jail trust fund account statement for the previous six-month period</u>**.

The Court will grant Plaintiff a **<u>one-time</u>** extension to file a fully complete application to proceed *in forma pauperis* containing all three of the required documents, or in the alternative, pay the full $402 filing fee for this action on or before **May 10, 2021**.  Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time.  If Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $402 filing fee on or before **May 10, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff has all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with an application to proceed *in forma pauperis*.  Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **May 10, 2021** to proceed with this case.

. . . .

. . . .

## II.     CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original complaint at Docket No. 1-1.  If Plaintiff files a signed amended complaint, he should use the Court's approved form and he must write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

IT IS FURTHER ORDERD that, if Plaintiff chooses to file a signed amended complaint, Plaintiff will file the signed amended complaint with this Court on or before **May 10, 2021.**

IT IS FURTHER ORDERED that, if Plaintiff does not file a signed amended complaint on or before **May 10, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to file a signed amended complaint.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, on or before **May 10, 2021**, Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **May 10, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to

1   refile the case with the Court, under a new case number, when Plaintiff has all three documents

2   needed to file a complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

3          IT IS SO ORDERED.

4          DATED:  March 11, 2021.

5

6          _____
           NANCY J. KOPPE
7          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28